In the Matter of the Claim of ELLIS W. HEATH, Respondent, against RALPH L. WILBUR, Respondent, and SCHOOL DISTRICT No. 8, TOWN OF ELLICOTT, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award against school district No. 8, town of Ellicott, reversed and claim against it dismissed, with costs against the State Industrial Board, on the ground that the claimant was not an employee of the school district but of Wilbur who was an independent contractor. Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ., concur.

In the Matter of the Claim of STATE INDUSTRIAL COMMISSIONER and COMMISSIONER OF TAXATION AND FINANCE, on Account of the Death of JACINO GUTTILLA, Respondents, against WEBER & HEILBRONER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of SEPHA E. TRUESDELL, Respondent, against ALBANY HOSPITAL FOR INCURABLES and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of JOSEPH DeFABBIO, Respondent, against SCHENECTADY TILE COMPANY, Appellant; STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of HARRIS MICHAEL, Respondent, against KENT CAFETERIA, INC., Respondent, and FRANKLIN SURETY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with